No. D–2086. IN RE DISBARMENT OF SMITH. Stephen L. Smith, of Gulfport, Miss., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,

requiring him to show cause why he should not be disbarred from the practice of law in this Court.